1

2

3                                    JS 6

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11    JOSE VALENCIA, ET AL.,          )    CASE NO. EDCV 17-2169 DSF (SPx)
                                       )
12                 Plaintiffs,         )    JUDGMENT
                                       )
13                                     )
                                       )
14    v.                               )
                                       )
15    COUNTY OF SAN BERNARDINO,        )
      ET AL.,                          )
16                                     )
                                       )
17                 Defendants.         )
                                       )
18                                     )
                                       )
19    _____      )

20          The Court having ordered that summary judgment be entered in favor of

21    Defendants and against Plaintiffs,

22          IT IS ORDERED AND ADJUDGED that Plaintiffs take nothing, that the

23    action be dismissed with prejudice, and that Defendants recover their costs of suit

24    pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

25

26    DATED:     12/11/17

27                                          _____
                                                     Dale S. Fischer
28                                             United States District Judge